IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **EARL GENTRY, et ux.,** | * Case No.: 93-3336 (MD)(1) |
| | * Case No.: MDL-875 (PAE) |
| **Plaintiffs** | * |
| v. | * |
| **A C and S, INC., et al.,** | * |
| **Defendants** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### O R D E R

1.    On Motion of Beverly G. Baber for substitution in place of Earl Gentry, deceased, it appearing to the Court that the said Earl Gentry died with a will on May 26, 1999; that the claim asserted by him in this action was not thereby extinguished; and that Beverly Baber has been duly appointed Successor Personal Representative of the Estate of Earl Gentry and is qualified and is acting as such.

2..    On Motion of Beverly Baber, Personal Representative of the Estate of Mary Gentry, deceased plaintiff and then surviving spouse of Earl Gentry, deceased, for the addition of her loss of consortium and wrongful death claims, it appearing to the Court that the said Earl Gentry died on May 26, 1999; that the now deceased, Plaintiff, Mary Aiken, and Earl Gentry were husband and wife at the time of his death.

**IT IS ORDERED,** that Beverly G. Baber, Successor Personal Representative of the Estate of Earl Gentry, be substituted as Plaintiff herein in place of Earl Gentry, without prejudice to any proceedings heretofore had in this action, and that the title of the action be amended accordingly



**IT IS HEREBY ALSO ORDERED**, that Beverly G. Baber, Personal Representative of the Estate of Mary Gentry, Plaintiff and then surviving spouse of Earl Gentry, be permitted to add Mrs. Gentry's loss of consortium and wrongful death claims to this action without prejudice to any proceedings heretofore had in this action.

_____
JUDGE
Charles R. Weiner

DATE: May 28, 2002

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

**MICHAEL E. KUNZ**
**CLERK OF COURT**

May 30, 2002

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-

Felicia C. Cannon, Clerk
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
Edward A. Garmatz Federal Building
and United States Courthouse
Baltimore, MD 21201-2690

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (VI) MDL 875

Dear Clerk:

Enclosed are executed order(s) concerning the referenced litigation. Our Clerk's office is not maintaining the court records on the involved 90,000 actions. We are forwarding these orders to your office for summary entry on the individual dockets and distribution to counsel of record and other appropriate action.

Thank you in advance for your time and attention. If you have any questions, please call me at (267) 299-7017.

Sincerely,

MICHAEL E. KUNZ
CLERK OF COURT

*Nicole Picariello*
Nicole Picariello
MDL Coordinator

Enclosure